O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>     vs.<br><br>ISAEL ALTAMIRANO SALCEDO,<br><br>          Defendant. | ) Case No. SA 11-437M<br>)<br>) **ORDER OF DETENTION**<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

I

A.  ( )  On motion of the Government in a case allegedly involving:

    1.  ( )  a crime of violence.

    2.  ( )  an offense with maximum sentence of life imprisonment or death.

    3.  ( )  a narcotics or controlled substance offense with maximum sentence of ten or more years.

    4.  ( )  any felony - where defendant convicted of two or more

1 | prior offenses described above.
2 | 5.   ( )   any felony that is not otherwise a crime of violence that
3 | involves a minor victim, or possession or use of a firearm or destructive

1     device or any other dangerous weapon, or a failure to register under 18
2     U.S.C. § 2250.
3 B.   (X)   On motion by the Government/ ( ) on Court's own motion, in a
4 case allegedly involving:
5     1.   (x)   a serious risk that the defendant will flee.
6     2.   ( )   a serious risk that the defendant will:
7         a.   ( )   obstruct or attempt to obstruct justice.
8         b.   ( )   threaten, injure or intimidate a prospective witness or
9     juror, or attempt to do so.
10 C.   The Government ( ) is/ (x) is not entitled to a rebuttable presumption that no condition or combination of conditions will reasonably assure the defendant's appearance as required and the safety or any person or the community.

## II

A.   ( )   The Court finds that no condition or combination of conditions will reasonably assure:
    1.   (X)   the appearance of the defendant as required.
    ( ) and/or
    2.   ( )   the safety of any person or the community.
B.   ( )   The Court finds that the defendant has not rebutted by sufficient evidence to the contrary the presumption provided by statute.

## III

The Court has considered:
A.   the nature and circumstances of the offense(s) charged, including whether the offense is a crime of violence, a Federal crime of terrorism, or involves a minor victim or a controlled substance, firearm, explosive, or

3

1   destructive device;
2   B.   the weight of evidence against the defendant;
3   C.   the history and characteristics of the defendant; and
4   D.   the nature and seriousness of the danger to any person or the community.

IV

The Court also has considered all the evidence adduced at the hearing and the arguments and/or statements of counsel, and the Pretrial Services Report/recommendation.

V

The Court bases the foregoing finding(s) on the following:
A.   (X)   As to flight risk:
**Defendant is undocumented.  He has no ties to the community and no bail resources.**
B.   ( )   As to danger:

VI

A.   ( )   The Court finds that a serious risk exists the defendant will:
    1.   ( )   obstruct or attempt to obstruct justice.
    2.   ( )   attempt to/ ( ) threaten, injure or intimidate a witness or juror.
B.   The Court bases the foregoing finding(s) on the following:

VI

A.   IT IS THEREFORE ORDERED that the defendant be detained prior to trial.
B.   IT IS FURTHER ORDERED that the defendant be committed to the

1  custody of the Attorney General for confinement in a corrections facility
2  separate, to the extent practicable, from persons awaiting or serving sentences
3  or being held in custody pending appeal.
4      C.    IT IS FURTHER ORDERED that the defendant be afforded reasonable
5  opportunity for private consultation with counsel.
6      D.    IT IS FURTHER ORDERED that, on order of a Court of the United
7  States or on request of any attorney for the Government, the person in charge
8  of the corrections facility in which defendant is confined deliver the defendant
9  to a United States marshal for the purpose of an appearance in connection with
10  a court proceeding.

DATED: August 30, 2011

                                             MARC L. GOLDMAN
                                             MARC L. GOLDMAN
                                           UNITED STATES MAGISTRATE JUDGE